**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*Best*, 25-cv-1919<br>*Brady*, 25-cv-1808 | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

This matter is before the Court pursuant to Defendants' Motion for Judgment on the Pleadings.

Based upon the submissions of the parties and a review of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion for Judgment on the Pleadings is **GRANTED.** The following cases shall be dismissed *with prejudice*: *Best*, No. 25-cv-1919, and *Brady*, No. 25-cv-1808.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: __________, 2025 BY THE COURT:

______________________________
The Honorable Joan N. Ericksen
U.S. District Court Judge District of Minnesota