UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **BRENDA BRADY**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 0:25-cv-01808**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW INTO COURT, comes Plaintiff Brenda Brady, through undersigned counsel, who respectfully seeks leave to amend her complaint. For the reasons that follow, and pursuant to Federal Rule of Civil Procedure 15, Plaintiff should be granted leave to amend her complaint.

Defendants filed a Rule 12(c) motion for judgment on the pleadings arguing that based on the allegations in the Master Long Form Complaint and Plaintiff's Short Form Complaint, her claims were time-barred under the applicable Mississippi statutes of limitations and that he failed to plead facts sufficient to establish fraudulent concealment tolling. Plaintiff has not yet been selected for workup in the remand Group process. Cases within the Group remand process have been given the ability to amend their complaints pursuant to the Court's Scheduling Orders. Plaintiff seeks leave to amend her complaint to conform her claims to the applicable state law and add additional allegations to support

fraudulent concealment. As with the remand cases, Plaintiff should be given the opportunity to amend her complaint. Based on the facts laid out in accompanying memorandum, the Court should allow Plaintiff leave to amend her complaint.

WHEREFORE, Plaintiff prays that the attached proposed Amended Complaint labeled as Exhibit 1 be entered into the Court's docket. A redline version of this amended complaint is also attached hereto as Exhibit 2 for the Court's review.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Cliff Walston*
Cliff Walston

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I, Clifford Walston, hereby certify that on January 20, 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Cliff Walston*
Cliff Walston