**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BRENDA BRADY**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 0:25-cv-01808**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**DECLARATION OF CLIFFORD WALSTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Clifford Walston, an attorney admitted to practice before this Court, hereby declare under penalty of perjury as follows:

1. I am an attorney in the firm Walston, PC and counsel for Plaintiff, Brenda Brady in the above-captioned matter.

2. I make this Declaration in support of Plaintiff's Motion for Leave to Amend Complaint. The following facts are within my personal knowledge, and if called, I would testify as follows:

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Proposed Amended Complaint pursuant to Local Rule 15-1(b).

4. Attached hereto as Exhibit 2 is a true and correct copy of a redline version of Plaintiff's Proposed Amended Complaint pursuant to Local Rule 15-1(b).

5. Attached hereto as Exhibit 3 is a true and correct copy of the Group 1 Scheduling Order filed in the matter of *Monica Daniels Martin v. 3M Co. et al.*, No. 15-2666, Case No. 16-cv-3283, ECF No. 32, on July 23, 2025.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Group 2 Scheduling Order filed in the matter of *Timonthy Walsh v. 3M Co., et al.*, No. 15-2666, Case No. 18-cv-2783, ECF No. 13, on August 13, 2025.

7. Attached hereto as Exhibit 5 is a true and correct copy of the court's order granting leave to amend in *Boncher v. 3M Co.*, 5:24-cv-01403, ECF No. 62 (E.D. Pa. Sept. 17, 2024).

8. Attached hereto as Exhibit 6 is a true and correct copy of the amended complaint filed in *Boncher v. 3M Co.*, 5:24-cv-01403, ECF No. 63 (E.D. Pa. Sept. 20, 2024).

9. Attached hereto as Exhibit 7 is a true and correct copy of the court's order granting leave to amend in *Finley v. 3M Co.*, 6:24-cv-01672, ECF No. 54 (D.S.C. Dec. 3, 2024).

10. Attached hereto as Exhibit 8 is a true and correct copy of the amended complaint filed in *Finley v. 3M Co.*, 6:24-cv-01672, ECF No. 56 (D.S.C. Dec. 10, 2024).

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Cliff Walston*
Cliff Walston

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I, Clifford Walston, hereby certify that on January 20, 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Cliff Walston*
Cliff Walston