**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOYCE BONCHER,<br>Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:24-cv-01403-JMG |

**ORDER**

**AND NOW**, this 17th day of September 2024, upon consideration of Plaintiff's Motion for Leave to Amend Complaint (ECF No. 55), Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Amend Complaint (ECF No. 56), and the Court's discussion with counsel at a status conference on September 17, 2024, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 55) is **GRANTED**. Plaintiff is **DIRECTED** to file their amended complaint by **September 23, 2024**.

**IT IS FURTHER ORDERED** that responses to motions for summary judgment and *Daubert* motions are due by no later than **January 7, 2025.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge