**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BRENDA BRADY**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC.,** ***et al.*****,**<br><br>Defendants. | **No. 0:25-cv-01808**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

## MEET-AND-CONFER STATEMENT

Pursuant to Minnesota Local Rule 7.1(a), I hereby certify that Plaintiff's counsel met and conferred with opposing counsel via email. Based upon the meet and confer of the parties, Defense counsel opposes Plaintiff's Motion for Leave to Amend Complaint.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Cliff Walston*
Cliff Walston

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I, Clifford Walston, hereby certify that on January 15, 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Cliff Walston*
Cliff Walston