**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BRENDA BRADY**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 0:25-cv-01808**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

This matter is before the Court pursuant to Plaintiff's Motion for Leave to Amend Complaint.

Based upon the submissions of the parties, oral argument, and a review of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend Complaint is **GRANTED** in the above-captioned matter.

Dated: __________, 2026 BY THE COURT:

______________________________
The Honorable David T. Schultz
U.S. Magistrate Judge District of Minnesota